IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs | ) | Case No. 3:19-po-36 |
| | ) | |
| Lisa Padilla | ) | |

**ORDER TERMINATING PROBATION**

The above named began probation on May 15, 2019, for a period of one year. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 2nd day of Jan, 2020

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE